**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DORIS J. MASTERS, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 09-255-JPG ) ) |
| LOWE'S HOME CENTERS, INC. d/b/a LOWE'S, | ) ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S FIRST REQUEST FOR DEFENDANT'S ADMISSIONS

Pursuant to FRCP 36 Plaintiff requests that Defendant admit or deny the following statements of fact within thirty (30) days of service, or sooner if the Court so orders. Plaintiff incorporates the Definitions and Instructions from Plaintiff's First Set of Interrogatories to Defendant as though fully set forth herein.

## STATEMENTS OF FACT TO BE ADMITTED OR DENIED

1. Defendant is a person that accepts credit cards or debit cards for the transactions of business.

   RESPONSE:

2. From December 4, 2006 to the present Defendant has provided to more than 40 persons an electronically printed receipt at the point of sale or transaction displaying more than the last five (5) digits of the person's credit card or debit card number.

   RESPONSE:

3. From December 4, 2006 to the present Defendant has provided to more than 100 persons an electronically printed receipt at the point of sale or transaction displaying more than the last five (5) digits of the person's credit card or debit card number.

RESPONSE:

4.	From December 4, 2006 to the present Defendant has provided to more than 1,000 persons an electronically printed receipt at the point of sale or transaction displaying more than the last five (5) digits of the person's credit card or debit card number

RESPONSE:

5.	From December 4, 2006 to the present Defendant has provided to more than 5,000 persons an electronically printed receipt at the point of sale or transaction displaying more than the last five (5) digits of the person's credit card or debit card number.

RESPONSE:

6.	From December 4, 2006 to the present Defendant has provided to more than 5,000 persons an electronically printed receipt at the point of sale or transaction displaying more than the last five (5) digits of the person's credit card or debit card number.

RESPONSE:

7.	Your machines that printed receipts containing more than the last five (5) digits of a person's credit card or debit card number were brought into use before January 1, 2005.

RESPONSE:

8.	Your machines that printed receipts containing more than the last five (5) digits of a person's credit card or debit card number were brought into use before January 1, 2005.

RESPONSE:

9.	Your machines that printed receipts containing more than the last five (5) digits of a person's credit card or debit card number were brought into use on or after January 1, 2005.

RESPONSE:

10.	Your machines that printed receipts containing more than the last five (5) digits of a person's credit card or debit card number were brought into use on or after January 1, 2005.

RESPONSE:

11. You learned of the truncation requirements under FACTA before you were served by this suit.

RESPONSE:

12. You learned of the truncation requirements under FACTA before December 4, 2006.

RESPONSE:

13. You learned of the truncation requirements under FACTA before January 1, 2005.

RESPONSE:

/s/ Marc W. Parker_____
One of Plaintiff's Attorneys

Bradley L. Lakin
Robert W. Schmieder II
Marc W. Parker
Paul A. Marks
LAKINCHAPMAN, LLC.
300 Evans Ave.
P. O. Box 229
Wood River, IL   62095-0229
(618) 254-1127

Phillip A. Bock
Tod A. Lewis
BOCK & HATCH, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL 60602
Telephone:  (312) 658-5500

Brian J. Wanca
John Irwin
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  (847) 368-1500

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DORIS J. MASTERS, individually and on behalf of a class of similarly situated Individuals, | ) ) ) ) |
| Plaintiff, | ) Case No. 3:09-CV-255 JPG-PMF |
| v. | ) ) |
| LOWE'S HOME CENTERS, INC., | ) ) |
| Defendant. | ) |

## PROOF OF SERVICE

I hereby certify that on July 2, 2009, a Plaintiff's First Request for Defendant's Admissions was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Kimball R. Anderson, Esq.
kanderson@winston.com

Thomas J. Wiegand, Esq.
twiegand@winston.com

Kathleen B. Barry, Esq.
kbarry@winston.com

Gordon R. Broom, Esq.
grb@heplerbroom.com

Troy A. Bozarth, Esq.
Troy.Bozarth@heplerbroom.com

                                               /s/ Marc W. Parker
                                               Bradley M. Lakin
                                               Paul A. Marks
                                               Marc W. Parker
                                               **LAKINCHAPMAN, LLC**
                                               300 Evans Avenue, P. O. Box 229
                                               Wood River, IL 62095
                                               Telephone: 618/254-1127
                                               Fax: 618/254-0193