## Designer Tile & Tops, LLC
5107 Cedar Drive
Colcord, OK 74338
918-422-4264 Phone
918-422-4267 Fax

**April 6, 2011**

*09-255-JPG-PMF*

**Lowe's Receipt Class Action
Kimball Anderson, Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL  60601**

**I object to Lowe's being sued.  I don't understand the damage done, I guess.  But these Class Action Suits are ridiculous.  Only the lawyers win.**

**Count me out and furious that courts are allowing these kinds of lawsuits over frivolous affairs.**

**Donna Schultz
Designer Tile
5107 Cedar Drive
Colcord, OK  74338**

*The courts need to make sure these are necessary - a gift card won't help anything - Stop the frivolous class action suits!   Donna Schultz*