## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DORIS J. MASTERS, individually and as the representative of a class of similarly situated persons | ) ) ) ) | |
| | | Case No. 09-cv-255-JPG-PMF |
| Plaintiff, | ) ) | Judge J. Phil Gilbert |
| v. | ) ) | |
| | ) | **NOTICE OF APPEARANCE** |
| LOWE'S HOME CENTERS, INC., | ) ) | |
| Defendant. | ) ) | |

PLEASE TAKE NOTICE that Sam P. Cannata of the law firm Cannata Phillips LPA, LLC, who is admitted to practice before this court, is appearing in this matter as counsel for Grace M. Cannata, Class Member and Objector to the Class Action Settlement. The undersigned requests that he be included in the distribution of all future pleadings, notices (electronic or otherwise), and/or correspondence.

Respectfully submitted,

*/s/ Sam P. Cannata*
Sam P. Cannata (Ohio 0078621)
Cannata Phillips LPA, LLC
9555 Vista Way, Ste. 200
Cleveland, Ohio 44125
Tel: (216) 438-5091
Fax: (216) 587-0999
samcannata@cannataphillipslaw.com

Attorney for the Objector

1

# **CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

For the Class:

| | |
|---|---|
| Phillip A. Bock | Marc W. Parker |
| Richard J. Doherty | Robert W. Schmieder, II |
| Bock & Hatch LLC | Lakin Chapman, LLC |
| 134 N. La Salle Street | 300 Evens Avenue |
| Suite 1000 | P.O. Box 229 |
| Chicago, IL 60602 | Wood River, IL 62095 |

Brian J. Wanca
Steven A. Smith
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008

For Lowe's:

| | |
|---|---|
| Kimball R. Anderson | Gordon R. Broom |
| Winston & Strawn LLP | Hepler Broom LLC |
| 35 West Wacker Drive | 130 North Main Street |
| Chicago, IL 60601-9703 | P.O. Box 510 |
| | Edwardsville, IL 62025-0510 |

/s/ Sam P. Cannata
Sam P. Cannata

Attorney for the Objector