# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 8, 2011

To:

Nancy J. Rosenstengel
UNITED STATES DISTRICT COURT
Southern District of Illinois
East St. Louis , IL 62201-0000

| No.: 11-2688 | DORIS J. MASTERS, individually and on behalf of a class of similarly situated individuals,<br>Plaintiff - Appellee<br><br>v.<br><br>LOWE'S HOME CENTER, INCORPORATED, doing business as LOWE'S,<br>Defendant - Appellee<br><br>APPEAL OF: GRACE M. CANNATA |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:09-cv-00255-JPG-PMF<br>Southern District of Illinois<br>District Judge J. Phil Gilbert ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                 no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                          **Received by:**

 12/8/2011                                          s/Deborah Agans, Deputy Clerk
_____                        _____

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 8, 2011

| No.: 11-2688 | DORIS J. MASTERS, individually and on behalf of a class of similarly situated individuals,<br>Plaintiff - Appellee<br><br>v.<br><br>LOWE'S HOME CENTER, INCORPORATED, doing business as LOWE'S,<br>Defendant - Appellee<br><br>APPEAL OF: GRACE M. CANNATA |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:09-cv-00255-JPG-PMF<br>Southern District of Illinois<br>District Judge J. Phil Gilbert ||

Upon consideration of the **PLAINTIFF-APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL**, filed on December 8, 2011, by counsel for the appellant,

**IT IS ORDERED** that this appeal is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).  As a result, it is unnecessary to rule on appellee's motion to dismiss.

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit